# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2149
LT Case No. 2013-CF-0957

_____

JOSEPH LUIS LEVIN,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Nassau County.
James Daniel, Judge.

Joseph Luis Levin, Monticello, pro se.

No Appearance for Appellee.

October 24, 2023

PER CURIAM.

   AFFIRMED.

WALLIS, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____